UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL CORDERO, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CARRINGTON TEA COMPANY, LLC,<br><br>Defendant. | Case No.: 1:22-cv-04280-JPC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff RAFAEL CORDERO hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant The Carrington Tea Company, LLC.

DATED: December 27, 2022        **MIZRAHI KROUB LLP**

　　　　　　　　　　　　　　　　　　　　　／s／ Edward Y. Kroub
　　　　　　　　　　　　　　　　　　　　　EDWARD Y. KROUB

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*